8/19/2015 SCANNED Page 1

CAUSE NO. 366-80408-2015

| THE STATE OF TEXAS | § | IN THE 366TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| COLLIN ZACNY | § | COLLIN COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/17/2015 11:09:08 AM
LISA MATZ

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant in the above styled and numbered cause, by and through his attorney of record, Brock Duke, and files this Motion for New Trial, and in support thereof would show the Court the following:

I.

The verdict is contrary to the law and the evidence.

WHEREFORE, the Defendant prays that this Honorable Court will set this Motion for hearing and, after said hearing, this Honorable Court grant this Motion and order a new trial be conducted in the above entitled and numbered cause.

Respectfully submitted,

SYLVAN & DUKE, P.C.
206 S. Kentucky St., Suite 101
McKinney, Texas 75069
Telephone:    (214) 478-1399
Telecopier:   (214) 484-3724

BY:

BROCK DUKE
State Bar No. 24040833
ATTORNEY FOR DEFENDANT

FILED

2015 AUG 19 AM 9: 13

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____ DEPUTY

## Certificate of Service

I hereby certify that on this, the 19th day of August 2015, a true and correct copy of the foregoing document has been personally served, as indicated below:

**Collin County District Attorney's Office
2100 Bloomdale Rd.
McKinney, TX 75071**

Via Hand Delivery


**BROCK DUKE**